UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
EUGENE SIEDNER,

                          Plaintiff,

           -v-

OCCIDENTAL FIRE & CASUALTY CO. OF NORTH
CAROLINA,

                          Defendant.
```

26 Civ. 396 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's letter in advance of the upcoming initial pretrial conference. Dkt. 8. The letter states that the Amended Complaint seeks damages in an amount less than $75,000, thus divesting the Court of diversity jurisdiction over this action, which brings only state-law claims. *Id.* It states that if the Court does not remand the action *sua sponte* under 28 U.S.C. § 1447, plaintiff intends to move for remand based on lack of subject matter jurisdiction. *Id.*

Accordingly, the Court directs defendant to file a letter on the docket by **March 5, 2026,** stating why this action should not be remanded. If defendant fails to do so, the Court will order remand of this action to state court. The initial pretrial conference scheduled for March 4, 2026 is adjourned pending this Court's determination as to subject matter jurisdiction.

SO ORDERED.

Paul A. Engelmayer

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2026
       New York, New York