UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUGENE SIEDNER,

                            Plaintiff,

          -v-

OCCIDENTAL FIRE & CASUALTY CO. OF NORTH
CAROLINA,

                            Defendant.

26 Civ. 396 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 26, 2026, plaintiff filed a letter stating that remand is appropriate because the Amended Complaint seeks damages in an amount less than $75,000, thus divesting the Court of diversity jurisdiction over this action, which brings only state-law claims.  Dkt. 8.  On March 3, 2026, defendant filed a letter stating that it does not oppose remand.  Dkt. 11.

The Court finds that remand is warranted for the reasons stated in plaintiff's letter. Accordingly, the Clerk of Court is respectfully directed to remand this case to the Supreme Court of New York (Bronx County).

SO ORDERED.

*Paul A. Engelmayer*

———————————————————
PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2026
       New York, New York